IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JAMES KENNINGTON, DARREN JASKULSKI, and JUAN URBINA, JR., | * |
| | * |
| Plaintiffs, | Case No. 1:19-CV-52(WLS) |
| v. | * |
| HARPER'S TREE AND STUMP REMOVAL, INC., and DONALD RANDOLPH HARPER, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 13, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 13th day of December, 2019.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk